IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN ROE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:18-cv-2497-B-BN |
| | § | |
| JOHNSON COUNTY, TEXAS, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING UNOPPOSED SECOND MOTION
FOR LEAVE TO EXCEED PAGE LIMIT**

This civil rights action filed by a *pro se* plaintiff has been referred to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and an order of reference from United States District Judge Jane J. Boyle. *See* Dkt. No. 8.

The Johnson County Defendants – Defendants Johnson County, Sheriff Bob Alford, Sheriff Adam King, David Blankenship, Robert Mayfield, Bill Moore, Stu Madison, and Jeffrey Acklen – move for leave to file a motion to dismiss and brief in support exceeding the 25-page limit set by Local Civil Rule 7.2(c), explaining that their proposed motion and brief together will not exceed 50 pages and that Plaintiff Joe Roe does not oppose their motion for leave. *See* Dkt. No. 70.

Given the length of Roe's first amended complaint (some 200 pages, exceeding 1000 paragraphs) and because the eight Johnson County Defendants endeavor to file a single motion – as opposed to up to eight separate motions – the Court, finding extraordinary and compelling reasons, *see* N.D. TEX. L. CIV. R. 7.2(c), GRANTS the

unopposed second motion for leave. And the Johnson County Defendants' motion to dismiss and brief directed at the first amended complaint, together not exceeding 50 pages, shall be filed by February 18, 2019.

SO ORDERED.

DATED: February 11, 2019

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE