IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN ROE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:18-cv-2497-B-BN |
| | § | |
| JOHNSON COUNTY, TEXAS, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER DENYING WITHOUT PREJUDICE MOTION
TO COMPEL SCHEDULING CONFERENCE**

While multiple motions to dismiss were then-pending, Plaintiff, then proceeding *pro se*, moved the Court to compel Defendants to participate in a Federal Rule of Civil Procedure 26(f) scheduling conference. *See* Dkt. No. 109. Defendants filed a court-ordered response. *See* Dkt. Nos. 110 & 131. And Plaintiff replied. *See* Dkt. No. 139.

The Court subsequently dismissed Plaintiff's amended complaint without prejudice to his filing, within 14 days, (1) a second amended complaint and (2), simultaneously with that complaint, a separate motion for leave to continue to proceed anonymously. *See* Dkt. No. 155. Plaintiff filed a *pro se* second amended complaint [Dkt. No. 156] and motion for leave [Dkt. No. 157] on September 5, 2019. On September 11, 2019, he filed a *pro se* motion requesting that the Court reconsider its August 22, 2019 order. *See* Dkt. No. 158. And, later that same day, Attorney Reginald E. McKamie, Sr. entered a notice of appearance on behalf of Plaintiff. *See* Dkt. No. 159.

Today, through a separate order, the Court stayed Defendants' deadlines to respond to Plaintiff's recent *pro se* filings and required Mr. McKamie to file a status

report on behalf of Plaintiff by September 27, 2019.

Given these developments and the current posture of this proceeding, it would not be prudent to compel a scheduling conference under Rule 26(f) at this time. The Court therefore DENIES Plaintiff's motion [Dkt. No. 109] without prejudice.

SO ORDERED.

DATED: September 12, 2019

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE