IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN ROE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:18-cv-2497-B-BN |
| | § | |
| JOHNSON COUNTY, TEXAS, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING THIRD UNOPPOSED MOTION TO EXTEND
RESPONSE DEADLINE AND EXTENDING REPLY DEADLINE**

This civil rights action initially filed by a *pro se* plaintiff has been referred to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and an order of reference from United States District Judge Jane J. Boyle. *See* Dkt. No. 8.

The Court GRANTS Plaintiff's third unopposed motion to extend the deadline to respond to the pending motions to dismiss. *See* Dkt. No. 195. The response(s) must now be filed by **February 28, 2020**. And the reply deadline is EXTENDED to **March 13, 2020**. Further, as this is the third time the Court has extended the response deadline, that deadline will only be extended again upon a showing of exceptional circumstances, none of which have been presented by Plaintiff to date.

SO ORDERED.

DATED: February 10, 2020

_____

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE