IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN ROE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:18-cv-2497-B-BN |
| | § | |
| JOHNSON COUNTY, TEXAS, ET AL. | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE
TO EXCEED PAGE LIMIT AS TO REPLY BRIEF**

The Court GRANTS the unopposed motion for leave to exceed the Local Rules'

page limit as to the reply brief filed by Defendants Southwestern Correctional, LLC,

LaSalle Management Company, LLC, Eddie Williams, Robert Matson, *see* Dkt. No.

228, and DIRECTS the Clerk to docket No. 228-1 as their reply brief in support of

their motion to dismiss the second amended complaint.

SO ORDERED.

DATED: April 21, 2020

_____

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE