IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN ROE  (A#: 076-475-480)<br><br>    Plaintiff<br><br>vs.<br><br>JOHNSON COUNTY, TEXAS, *et al*.,<br><br>    Defendants. | Civil Action No. 3:18-cv-2497-B-BN |

**ROE'S <u>UNOPPOSED</u> RULE 41(2) MOTION TO DISMISS STATE CLAIMS IN COUNT 35, 36, 37 and 38 of D.E. 156 WITHOUT PREJUDICE**

COMES NOW, JOHN ROE ("Roe" or "Plaintiff"), by and through undersigned counsel, and hereby files this **<u>Unopposed</u> RULE 41(2) MOTION TO DISMISS STATE CLAIMS IN COUNT 35, 36, 37 and 38 WITHOUT PREJUDICE**, (hereinafter the "Motion") and would respectfully show the Court as follows:

1.      Defendants have filed answers in this matter;

2.      There have been no Counterclaims filed in this matter;

3.      Motions for Summary Judgment have been filed by Defendants in this matter and rulings are pending on some of those Motions for Summary Judgment;

4.       Additionally, in the Court's *Findings, Conclusions and Recommendation of the United States Magistrate Judge* ("R&R") [D.E. 253], the Honorable Judge L. Horan stated, "…the undersigned is inclined to recommend that the Court decline to assert jurisdiction over these pendent state law claims."  Accordingly, in the interest of judicial economy Plaintiff seeks to dismiss without prejudice his state law claims in Counts 35, 36, 37 and 38.

1

5. Accordingly, Plaintiff moves the Court to Dismiss state claims without Prejudice encompassed in Counts 35, 36, 37 and 38.

WHEREFORE, Roe respectfully requests that the Court grants his Motion.

Respectfully submitted,

/s/ Reginald E. McKamie
**REGINALD E. MCKAMIE**
1701 Brun Street, Suite 100
Houston, TX 77019
Phone: (713) 465-2889
*Bar Card Number*: 13686750
*Attorney for* JOHN ROE

## CERTIFICATE OF CONFERENCE

Pursuant to LR 7.1(a), Counsel for Plaintiff conferred with Defendants on August 12, 2020 and they state the following: All Defendants state they are unopposed to the motion.

Respectfully submitted,

/s/ Reginald E. McKamie
**REGINALD E. MCKAMIE**
1701 Brun Street, Suite 100
Houston, TX 77019
Phone: (713) 465-2889
*Bar Card Number*: 13686750
*Attorney for* JOHN ROE

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| *Via Electronic Service* | *Via Electronic Service* |
|---|---|
| Tony L. Schaffer | Mary M (Marti) Cherry |
| SCHAFFER LAW FIRM, PLLC | Assistant United States Attorney |
| 14360 Falcon Head Blvd, Suite 100 | Texas Bar No. 24055299 |
| Austin, Texas 78738 | 1100 Commerce Street, 3rd Floor |
| Telephone: (512) 261-1235 | Dallas, TX 75242 |
| Facsimile: (512) 261-1236 | Telephone: (214) 659-7600 |
| Email: tschaffer@slftexaslaw.com | Facsimile: (214) 659-8807 |
| Attorney for Phillip Roden | Email: Mary.cherry@usdoj.gov |

Attorneys for Federal Defendants
Jacob Aguilar and Ivan Alvarado

*Via Electronic Service*
Grant D Blaies
Jennifer Holland Litke
Blaies & Hightower, LLP
420 Throckmorton Street, Suite 1200
Fort Worth, TX 76102
Telephone: 817-334-0800
Facsimile: 817-334-0574
jenniferlitke@bhilaw.com
grantblaies@bhilaw.com
Attorneys for Defendants Johnson County, Sheriff Bob Alford, Sheriff Adam King, David Blankenship, Robert Mayfield, Bill Moore, Stu Madison, and Jeffrey Acklen

*Via Electronic Service*
Marvin C. Moos
Horne Rota Moos, LLP
2777 Allen Parkway, Suite 1200
Houston, Texas 77019
Telephone: (713) 333-4500
Facsimile: (713) 333-4600 - Facsimile
Email: mmoos@hrmlawyers.com
Attorneys for Southwestern Correctional, LLC d/b/a LaSalle Corrections, LLC and LaSalle Southwest Corrections, LaSalle Management Company, LLC, Eddie Williams, Robert Matson, and Richard Alford

/s/ Reginald E. McKamie___
REGINALD E. MCKAMIE